# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JULIE NICHOLDS  
5359 DIERKS DRIVE  SSN-xxx-xx-4105  
ROCKFORD, IL  61108  

Case Number: 04-75318

Case filed on: 10/25/2004  
Plan Confirmed on: 1/7/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,158.20         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTY BERNARD NATALE | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | JULIE NICHOLDS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 1,126.90 | 1,246.15 | 1,246.15 | 97.47 |
|  | Total Secured | 1,126.90 | 1,246.15 | 1,246.15 | 97.47 |
| 002 | ALLIED DATA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COLUMBIA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMMON WEALTH MED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CROSBY & GLADNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | EMERGENCY PHYSICIANS OF WEST ALLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | EQUITY RESIDENTIAL | 2,409.68 | 2,409.68 | 90.07 | 0.00 |
| 008 | HARRIS NELSON & DAVIS LLC | 1,693.00 | 1,693.00 | 63.28 | 0.00 |
| 009 | PIONEER CREDIT RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PLAINS COMMERCE BANK VISA | 1,070.22 | 1,070.22 | 40.00 | 0.00 |
| 011 | THE WILBER LAW FIRM, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WISCONSIN MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WISCONSIN RADIOLOGY SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JOHN NICHOLDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SALLIE MAE GUARANTEE SERVICES INC | 2,760.51 | 2,760.51 | 103.18 | 0.00 |
| 016 | ATTY BERNARD NATALE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AURORA HEALTH CARE | 870.76 | 870.76 | 32.55 | 0.00 |
| 018 | BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COLLECTION EXPERTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FEDCHEX RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RIDDLE AND ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ILLINOIS TITLE LOANS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 93.75 | 93.75 | 3.50 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 525.00 | 485.00 | 18.13 | 0.00 |
|  | Total Unsecured | 9,422.92 | 9,382.92 | 350.71 | 0.00 |
|  | Grand Total: | 12,749.82 | 12,829.07 | 3,796.86 | 97.47 |

Total Paid Claimant:      $3,894.33  
Trustee Allowance:        $263.87          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:      3.74          discharging the trustee and the trustee's surety from any and all  
                                           liablility on account of the within proceedings, and closing the estate,  
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby  
                                           certify that the subject case has been fully administered.  

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan